UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBIN WRIGHT,

        Plaintiff,

COURT FILE NO.: 1:10-cv-01006-FJS

v.

GLOBAL CREDIT & COLLECTION, INC.,

        Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 12/15/10

The Honorable Frederick J Scullin, Jr
Senior United States District Judge